# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| ELBIN LALIN<br>*Plaintiff*<br>v.<br>WASTE INDUSTRIES, LLC DB/A GFL ENVIRONM<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 7:26-cv-426 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elbin Lalin .

Date: 10/27/2026

/s/ M. Janelle Lyons
*Attorney's signature*

M. Janelle Lyons (N.C. Bar Number 35421)
*Printed name and bar number*

SPITZ, THE EMPLOYEE'S LAW FIRM
6135 Park South Drive
Suite 590
Charlotte, NC 28210
*Address*

janelle.lyons@spitzlawfirm.com
*E-mail address*

(980) 301-0755
*Telephone number*

(212) 291-5744
*FAX number*